[No. 21794-9-III.   Division Three.   March 9, 2004.]

RONALD J. WORTHINGTON, ET AL., *Appellants*, v. STATE FARM FIRE AND CASUALTY COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 02-2-02043-6, Susan L. Hahn, J., entered January 14, 2003. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney and Schultheis, JJ.

[No. 27446-9-II.   Division Two.   March 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CAYCE LEE BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-1-00226-3, John F. Nichols, J., entered May 2, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 28719-6-II.   Division Two.   March 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT HENRY FROEHLICH, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 00-1-00162-8, Thomas J. Majhan, J., entered April 26, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Armstrong, JJ.

[No. 28778-1-II.   Division Two.   March 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT MARCUS BOYD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-05755-7, Rosanne Buckner, J., entered May 2, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Seinfeld, J.